UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:19-CR-00501-FL-1

| UNITED STATES OF AMERICA | |
|---|---|
| v. | **ORDER** |
| FRANCISCO RIVERA | |

This matter is before the Court on the defendant's unopposed motion for the Court to order that the presentence investigation in this case be waived and for the magistrate judge to sentence the defendant immediately after he enters his anticipated plea of guilty to the criminal information pending in this matter.

For good cause shown and because the offense to which the defendant intends to plead guilty is a Class B misdemeanor, it is hereby **ORDERED** that the presentence investigation in this case is waived, including the preparation of a presentence report. *See* FED. R. CRIM. P. 32(c); USSG §1B1.9.

Furthermore, since the offense is a misdemeanor, the magistrate judge scheduled to accept the defendant's plea of guilty in this case on April 14, 2020, the Honorable United States Magistrate Judge Robert B. Jones, Jr., is **ORDERED** to sentence the defendant immediately after he enters his plea on that same day. *See* 18 U.S.C. § 3401(a); 28 U.S.C. § 636(a); Local Criminal Rule 5.3(a).

**SO ORDERED.**

This 12th day of March, 2020.

_____
LOUISE W. FLANAGAN
United States District Judge